FILED'08 MAY 19 15:53 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROSALEE A. IMEL,   CV 07-6204-MA

       Plaintiff,   J U D G M E N T

  v.

MICHAEL J. ASTRUE,

       Defendant.


Based on the record and the opinion and order filed herewith, the final decision of the Commissioner is AFFIRMED and this case is DISMISSED.

IT IS SO ORDERED.

DATED this __19__ day of May, 2008.

                            */s/ Malcolm F. Marsh*
                            Malcolm F. Marsh
                            United States District Judge